USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-28-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

WAYNE HARRIS,

Plaintiff,

-against-

THE CITY OF NEW YORK; WARDEN JOHN/JANE DOE
# 1; SUPERVISOR C.O. JOHN/JANE DOE # 1-2; C.O.
SAUNDERS, Shield No 10893; C.O. RIVERA, Shield No
4337; and C.O. JOHN/JANE DOES # 1-10 the individual
defendant(s) sued individually and in their official capacities,

Defendants.

------------------------------------------------------------------------- X

**STIPULATION OF
VOLUNTARY DISMISSAL
AND WITHDRAWAL
WITHOUT PREJUDICE
PURSUANT TO FED. R.
CIV. P. 41(A)(1)(A)(II)**

**16CV01276 (LAK)(AJP)**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P.
41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that
were asserted or could have been asserted on behalf of the plaintiff Wayne Harris against
defendants CITY OF NEW YORK and all defendants, including their successors and assignees,
and all past and present officials, employees, representatives and agents of the City, arising out
of the events alleged in the Complaint in this matter, Harris v. City of New York, et al.,
16CV01276, are hereby dismissed and withdrawn, without prejudice, and without costs,
expenses or attorneys' fees to either party.

MARTIN E. ADAMS, ESQ.
Adams & Commissiong LLP
Attorneys for Plaintiff
65 Broadway, Suite 715
New York, NY 10006

By: _____

Martin E. Adams, Esq.

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Rm. 3-131
New York, New York 10007

By: _____

Michael K. Gertzer
Senior Counsel
Special Federal Litigation Division

SO ORDERED:

_____

HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
_____ 2016